UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Nicole Davis,

    Petitioner,

vs.                                         ORDER

Nicole English, Warden,
FCI-Waseca,

    Respondent.                       Civ. No. 12-1483 (JNE/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's Petition for habeas corpus relief under 28 U.S.C. § 2241, [Docket No. 1], is DENIED; and

    2.    This action is summarily DISMISSED WITH PREJUDICE.

                                                      BY THE COURT:

DATED: March 19, 2013                     s/Joan N. Ericksen
                                                      JOAN N. ERICKSEN
                                                      United States District Judge